UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAHN K. FOY,

                            Plaintiff,

-against-                                               21 **CIVIL** 7647 (VSB)

## **JUDGMENT**

THE STATE OF NEW YORK,

                            Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 4, 2022, Defendant's motion to dismiss is GRANTED, and Plaintiff's Amended Complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

       May 4, 2022

                                                               **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                            BY:

                                                               **Deputy Clerk**